AO 102 (01/09) Application for a Tracking Warrant

**FILED**

FEB 13 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Tracking of <br> *(Identify the person to be tracked or describe the object or property to be used for tracking)* <br> A red colored 2003 Ford Mustang bearing California license plates 7DKA968 with VIN# 1FAFP40483F392023 | ) ) ) ) ) )    Case No.    '15 MC 0177 |

### APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __846__. Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☐ The person, property, or object is located in this district.

☑ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☑ property designed for use, intended for use, or used in committing a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
A red colored 2003 Ford Mustang bearing California license plates 7DKA968 with VIN# 1FAFP40483F392023

☑ Delayed notice of __90__ days (give exact ending date if more than 30 days: __06/26/2015__) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

HSI Special Agent Christopher Crawford
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date: __02/13/2015__

_____
*Judge's signature*

City and state: __San Diego, CA__

Honorable MITCHELL D. DEMBIN
*Printed name and title*

**MITCHELL D. DEMBIN**
**U.S. MAGISTRATE JUDGE**

# AFFIDAVIT IN SUPPORT OF APPLICATION

I, Christopher Crawford, being duly sworn, declare and state:

## A. Affiant's Training And Experience

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) having been so employed since May 2003. Prior to my employment with HSI, I was employed with the Internal Revenue Service (IRS) as a Special Agent in Las Vegas, Nevada for approximately 7 years. I have a Bachelor's Degree in Accounting from the University of Nevada, Las Vegas. I have received formal training, as well as extensive on the job training, in the investigation of drug related crimes and the enforcement of laws concerning controlled substances as found in Title 21 United States Code. I have investigated illicit controlled substance trafficking; to include the importation, distribution, and manufacture of illegal substances for approximately 7 years. I have participated in numerous narcotics investigations, which utilized all normal investigative techniques as well as court authorized wire intercepts and other electronic surveillance techniques. I am presently assigned to a multi-agency task force located at the Deputy Special Agent in Charge ("DSAC"), San Ysidro, California Office.

## B. Purpose Of This Affidavit

2. This affidavit supports an application for a warrant authorizing the installation and monitoring of a tracking device on a red 2003 Ford Mustang bearing California plate number 7DKA968 with VIN#1FAFP40483F392023 (hereinafter "**Target Vehicle 1**") currently located in San Diego, California, and believed to be used by Susan Oglia GARICA ("GARCIA") and Jose Ricardo MUNOZ-Cervantes ("MUNOZ") in furtherance of their suspected involvement in a conspiracy to import and distribute narcotics, a violation of Title 21, United States Code, Sections 952, 960, 963, 841(a)(1) and 846.

3. Based on the facts set forth below, I have probable cause to install and use the tracking device and that the requested information will lead to evidence of a

crime; contraband, fruits of a crime, or other items illegally possessed; or property designed for use, intended for use, or used in committing a crime, specifically, 21 United States Code, Sections 952, 960, 963, 841(a)(1) and 846, conspiracy to import and distribute controlled substances.

4. The following is based on my own investigation, and consultation with other law enforcement agents and officers experienced in investigating drug trafficking organizations. Since this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested warrants. Dates and times are approximate.

## C. Probable Cause

5. On September 26, 2014, the California Department of Motor Vehicles reported Carlos RUIZ-Esparaza of 6017 Pine Avenue, Apartment C, in Maywood, CA, registered a red 2003 Ford Mustang bearing California license plates 7DKA968, VIN# 1FAFP40483F392023 (**Target Vehicle 1**).

6. On November 10, 2014, at approximately 6:03 PM, Susan Oglia GARCIA crossed into the United States through the San Ysidro Port of Entry (POE) as the driver and sole occupant of **Target Vehicle 1**. Between the dates of November 1, 2014 and January 27, 2015, GARCIA crossed into the United States through the San Ysidro POE as the driver and sole occupant of **Target Vehicle 1** on ten separate occasions. On four of GARCIA's ten border crossings utilizing **Target Vehicle 1**, TECS crossing analysis confirms the **Target Vehicle 1** was in Mexico between 1 hour and 15 minutes and 1 hour and 41 minutes. During this same time period, no other individuals were reported utilizing the vehicle to cross into or out of the United States from Mexico.

7. On January 27, 2015, at approximately 11:05 PM, Customs and Border Protection (CBP) Officers assigned to the San Ysidro POE were conducting pre-primary roving operations when **Target Vehicle 1** crossed into the United States from Mexico. A CBP Officer identified GARCIA as the driver and sole occupant of the

2

**Target Vehicle 1**. A CBP Officer asked GARCIA where she was going and GARCIA stated to her home in the Los Angeles, CA. GARCIA and **Target Vehicle 1** were referred to the vehicle secondary lot for further inspection.

8. During the secondary inspection of **Target Vehicle 1**, a CBP Officer removed the decorative plastic rear quarter panel air vents to discover non-factory compartments built within both rear quarter panels. Due to the compartments being found empty, GARCIA and the vehicle were released into the United States without further incident. GARCIA has not crossed into the United States since being referred for inspection on January 27, 2014.

9. On February 9, 2015, at approximately 4:17 PM, Jose Ricardo MUNOZ-Cervantes crossed into the United States through the vehicle inspection lanes at the Otay Mesa POE as the driver and sole occupant of **Target Vehicle 1**.

10. Through an ongoing investigation, HSI agents have identified a drug trafficking organization that utilizes numerous vehicles with sequential license plates in furtherance of their drug and bulk currency trafficking operations. For example, on November 25, 2014, a Flowood, Mississippi, Police Officer conducted a traffic stop on a white Ford Edge bearing California license plates 7DKA963. During a consensual search of the vehicle, Officers removed $375,060 from non-factory compartments located in both front fenders, as well as, a non-factory compartment in the gas tank.

11. On November 20, 2014, HSI agents observed the same white Ford Edge back out of a garage of a known stash house in the Woodland Hills, CA, area. Through the use of license plate readers, HSI agents determined the Ford Edge left the Los Angeles, CA, area and headed towards the East coast on November 21, 2014. HSI agents have also determined a Ramon BUCIO-Mendoza resides at the Woodland Hills stash house and is frequently seen entering and exiting the garage in a gray 2012 Volkswagen Jetta SE bearing California license plates 7DKA964.

12. Based on my training and experience, I know that individuals involved in drug trafficking offenses use vehicles to transport narcotics and the proceeds from the sale of narcotics and to travel to various locations to meet with co-conspirators. I also know that individuals involved in drug trafficking offenses often utilize vehicles with non-factory, hidden compartments to conceal narcotics within the vehicle in order to evade detection by law enforcement. It is also my experience that individuals involved in drug trafficking offenses will frequently change the driver assigned to load vehicles in an attempt to evade law enforcement officials from targeting a vehicle previously utilized by another load driver working for the organization.

13. Based on my training and experience, I believe **Target Vehicle 1** is being used to transport narcotics and or narcotics proceeds due to the known non-factory compartments located in the rear quarter panels, as well as, frequent border crossings for short periods of time when the driver is known to reside a great distance from the United States Mexico border.

14. Based on my experience, drug trafficking organizations have been known to register multiple vehicles at the same time, and in so, are issued license plates in sequential order. Due to law enforcement officials seizing $375,060 from a vehicle bearing California license plates 7DKA963, a known stash house operator utilizing a vehicle baring California plates 7DKA964, and non-factory compartments being discovered in **Target Vehicle 1** bearing California plates 7DKA968, I believe **Target Vehicle 1** is being utilized by the same organization to transport narcotics and or narcotics proceeds.

15. For the reasons stated herein, I believe that **Target Vehicle 1** is being used to cross narcotics into the United States from Mexico and/or to smuggle large quantities of bulk cash from the United States into Mexico. I therefore believe that the tracker warrant requested herein will assist agents by providing information about GARCIA and MUNOZ' whereabouts, the identities of potential co-conspirators, and the location of contraband, stash houses, and additional load vehicles.

4

16. Pursuant to Federal Rule of Criminal Procedure 41(b), I request permission to install the tracking device on **Target Vehicle 1**, which is currently located in San Diego, California.

### D. Request for Delayed Notice

17. Pursuant to Fed. R. Crim. P. 41(f)(2)(c) and (f)(3), and 18 USC § 3103a, I request permission to delay service of the warrant on the user or subscriber of the **Target Vehicle 1** for ninety (90) days after use of the tracking device has ended, as there is reasonable cause to believe that providing immediate notice of the warrant may have an adverse result as defined by 18 USC § 2705. Based on our investigation, we have identified a number of couriers that are believed to be transporting narcotics in California and/or currency to Mexico, as well as the leaders of the distribution cell in Mexico. If notice of this warrant were served on the user of the **Target Vehicle 1** at the end of the forty-five (45) day period of provision of information, it could result in flight from prosecution, destruction of evidence, or otherwise seriously jeopardize an ongoing, complex, multi-jurisdiction narcotics trafficking investigation.

18. No tangible property, or wire or electronic communications, shall be seized pursuant to the warrant. To the extent the requested real-time tracking (GPS or other) information may constitute stored electronic information under Title 18, United States Code, Chapter 121, it is believed 18 USC § 2703(c)(1)(A) expressly authorizes the retention ("seizure") by agents of such information. To the extent it may not, there is reasonable necessity for the "seizure" of such information. 18 USC § 3103a(b)(2). Not allowing agents to retain the information so they may determine where the vehicle above travels and has traveled would defeat the only purpose of the warrant and render the warrant useless. No stored wire or electronic information shall otherwise be seized pursuant to the warrant.

### E. Request for Night Service and Sealing

19. Additionally, I request authority to install the tracking device at any time of day or night, including between the hours of 10:00 p.m. and 6:00 a.m., if necessary.

Installation of this tracking device will take time; time in which agents are subject to being discovered by the subjects of this investigation or by third parties reporting what may appear to be suspicious activity.  To safely and successfully install the tracking Device on **Target Vehicle 1**, agents must wait until it appears that the subjects of this investigation will not return to **Target Vehicle 1** for some time and have reasonable assurance that agents will not be observed by others.  We cannot predict when that opportunity might arise.  In an effort to minimize the risk of discovery and a possible confrontation with the subjects of the investigation, it is often safer to install such a tracking device in the late evening early morning hours.  Accordingly, in the interest of agents' safety and to prevent alerting others to agents' activities, I request authority to install the device at any time of day or night, including between the hours of 10:00 p.m. and 6:00 a.m., if necessary.

20.  Due to the ongoing nature of this investigation, I request that this affidavit and the related documents be placed under seal and remain sealed until further order of the Court.

WHEREFORE, I request that the court issue a warrant authorizing the monitoring of a new tracking device on the **Target Vehicle 1** as set forth above.

_____
Christopher Crawford
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN to before me on February 13, 2015.

_____
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge